

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 14, 2020**

**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| IN RE: | § |
| | § |
| EDWARD L. YOST | § CASE NO. 19-20143-RLJ-13 |
| and | § |
| TERRY JEAN YOST | § |
| | § |
| DEBTORS | § |

### ORDER ON DEBTORS APPLICATION TO EMPLOY ATTORNEYS

On this day came on to be heard the application of Debtors herein, Edward L. Yost and Terry Jean Yost, asking for authorization to employ Freeman & Nance P.L.L.C. and Smith Wilson Law Firm PC, to handle all matters in their personal injury proceeding and it appearing to the Court that said application should be granted; it is therefore;

ORDERED that Freeman & Nance P.L.L.C. and Smith Wilson Law Firm PC be and hereby

authorized to handle all phases of the personal injury proceeding, with fees and expenses to be approved by the Bankruptcy Court in accordance with §330 of the Bankruptcy Code.

### End of Order###

**PREPARED BY:**

Patrick A. Swindell
SBN 19587450
Swindell Law Firm
106 SW 7th Ave.
Amarillo, TX 79101
(806) 374-7979
(806) 374-1991 Fax
Attorney for Debtors