B-2100A (Form 2100A)(12/15)

# UNITED STATES BANKRUPTCY COURT

*For the Northern District of Texas*

| | |
|---|---|
| IN RE:<br>EDWARD L YOST<br><br>TERRY JEAN YOST | CASE NO.<br>19-20143-rlj13<br>Chapter 13 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TEA OLIVE, LLC | SFC Central Bankruptcy |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**TEA OLIVE, LLC**

**PO BOX 1931**

**Burlingame, CA 94011-1931**

Phone: (628) 246-2211
Last Four Digits of Acct #: 5024

Court Claim # (if known): 1
Amount of Claim: $ 1095.09
Date Claim Filed: 5/9/2019

Phone: (800) 355-5492
Last Four Digits of Acct.#: 5024

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Manuel Quiogue          Date:    9/29/2020

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# UNITED STATES BANKRUPTCY COURT

## *For the Northern District of Texas*

| | |
|---|---|
| IN RE:<br><br>**EDWARD L YOST**<br><br>**TERRY JEAN YOST** | §   CASE NO.<br>§   **19-20143-rlj13**<br>§   **Chapter 13**<br>§ |

### CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before ____October 22, 2020____ via electronic notice unless otherwise stated:

*Via Electronic Notification*

**Chapter 13 Trustee**

ROBERT B. WILSON

1407 Buddy Holly Ave

Lubbock, TX 79401-4007

*Via U.S. Mail*

**Debtor**

EDWARD L YOST

11201 Perry Ln

Amarillo, TX 79119-7881

TERRY JEAN YOST

11201 Perry Ln

Amarillo, TX 79119-7881

**Debtors' Attorney**

PATRICK ALAN SWINDELL

SWINDELL LAW FIRM

106 SW 7th Ave

Amarillo, TX 79101-2518

                                                                                                   Respectfully Submitted,
/s/ Larry Yip
Larry Yip