**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
1407 Buddy Holly Avenue
Lubbock, TX  79401-9401
(806) 748-1980
(806) 748-1956 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>**EDWARD L. YOST**<br>**TERRY JEAN YOST**<br><br>DEBTOR(S), | CASE NO:  19-20143<br><br>CHAPTER 13<br><br>JUDGE Robert L. Jones |

**NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO COMPEL TO FILE WITH THE COURT A COPY OF THE FEDERAL INCOME TAX RETURN OR IN THE ALTERNATIVE TO PROVIDE A COPY TO THE TRUSTEE WITHIN TEN (10) DAYS OF THE ENTRY OF THE ORDER REQUESTED HEREIN**

**NOTICE IS HEREBY GIVEN** that Robert B. Wilson, Trustee hereby **WITHDRAWS** the "TRUSTEE'S MOTION TO COMPEL TO FILE WITH THE COURT A COPY OF THE FEDERAL INCOME TAX RETURN OR IN THE ALTERNATIVE TO PROVIDE A COPY TO THE TRUSTEE WITHIN TEN (10) DAYS OF THE ENTRY OF THE ORDER REQUESTED HEREIN ", Docket Entry No. 50 filed on or about 10/07/2020.

Dated: October 26, 2020

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing Notice was served by United States first class mail, postage paid, or electronically by the Court, upon the following parties:

EDWARD L. YOST & TERRY JEAN YOST
11201 PERRY LANE
AMARILLO, TX  79119

SWINDELL & ASSOCIATES PC
ATTORNEY AT LAW
106 SW 7TH AVE
AMARILLO, TX 79101

UNITED STATES TRUSTEE
1100 COMMERCE ST RM 976
DALLAS, TX 75242

        Respectfully submitted,

        <u>/s/ MARC MCBEATH</u>
        Robert B. Wilson, Bar # 21715000
        Chapter 13 Trustee
        Marc McBeath, Bar# 13328600
        Staff Attorney