Patrick A. Swindell
SWINDELL LAW FIRM
1619 S. Kentucky St., Ste. B202
Amarillo, TX 79102
(806) 374-7979
(806) 374-1991 FAX

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| **Edward L. Yost** | § | CASE NO. 19-20143-rlj-13 |
| **AND** | § | |
| **Terry Jean Yost** | § | |
| | | |
| **DEBTORS** | § | |

### DEBTORS REQUEST TO VOLUNTARILY DISMISS CASE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Now comes the Debtors in the above-referenced case, by and through their attorney of record, and requests that this Honorable Court dismiss this Chapter 13 proceeding and in support thereof would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on May 3, 2019.

2. Pursuant to 11 U.S.C. §1307(b), the Debtors no longer wish to proceed under Chapter 13 of the United States Bankruptcy Code and desires to voluntarily dismiss this Chapter 13 case.

3. This case has not previously been converted from another Chapter under §706, 1128 or 1208 of the U.S.C.

Wherefore, premises considered, Debtors pray that this case be dismissed without prejudice and that Debtors have such other relief as is just.

Dated: February 3, 2021

> Respectfully submitted,
>
> SWINDELL LAW FIRM
> 1619 S. Kentucky St., Ste. B202
> Amarillo, TX 79102
> (806) 374-7979
> (806) 374-1991 FAX
>
>
> By: /s/ Patrick A. Swindell
>     Patrick A. Swindell
>     State Bar No. 19587450
>     Attorney for Debtors

### Certificate of Service

I hereby certify that the foregoing was mailed to the attached mailing matrix on February 3, 2021.

> /s/ Patrick A. Swindell
> Patrick A. Swindell