

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 4, 2021**

_____
United States Bankruptcy Judge
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Edward L. Yost | § | CASE NO.   19-20143-rlj-13 |
| AND | § | |
| Terry Jean Yost | § | |
| DEBTORS | § | |

### ORDER DISMISSING CASE

The Court having considered the Debtors Request to Voluntarily Dismiss Case and it appearing to the Court that said request should be granted, it is, therefore, ORDERED that the above captioned and numbered Chapter 13 Case be and the same hereby is dismissed without prejudice to the right of Debtors to re-file same.

### End of Order###

**PREPARED BY:**

Patrick A. Swindell

SBN 19587450
Swindell Law Firm
1619 S. Kentucky St., Ste. B202
Amarillo, TX 79102
(806) 374-7979
(806) 374-1991 Fax
**COUNSEL FOR DEBTORS**