**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| In Re: | Case No: 19-20143 |
| EDWARD L. YOST & TERRY JEAN YOST | |
| Debtors | |

**NOTICE OF FILING OF FINAL REPORT AND ACCOUNT BY TRUSTEE**

Notice is hereby given pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 5009 that Robert B. Wilson, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered. The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT, 205 SE 5TH AVE.. ROOM 201D, AMARILLO, TX 79101 and is available for review. A summary of the report is as follows:

| | |
|---|---:|
| Total Receipts | $44,543.00 |
| Administrative Disbursements * | $4,064.02 |
| Attorney Fee Disbursements | $2,600.00 |
| Debtor Refund Disbursements | $0.00 |
| Secured Disbursements | $35,620.51 |
| Priority Disbursements * | $1,622.50 |
| Unsecured Disbursements | $635.97 |

* Includes Notice Fees, Trustee Fees and Clerk's Fees

| | |
|---|---:|
| Total Disbursements | $44,543.00 |

**CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT DISCLAIMER**

The information reflected in the Chapter 13 Trustee Final Report and Account as to the discharge of claims is not intended to render an opinion as to whether any specific debt is, or is not, discharged.  Only the Court may issues an order determining dischargeability of debt.

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 205 SE 5TH AVE.. ROOM 201D, AMARILLO, TX 79101 ON April 09, 2021, WHICH IS AT LEAST 30 DAYS FROM THE DATE OF SERVICES HEREOF.

ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.

IF NO RESPONSE TO SUCH NOTICE IS TIMELY FILED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICE ACTION MAY BE TAKEN.

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case can be terminated.

/s/ ROBERT B. WILSON
Robert B. Wilson, Bar #
21715000
Chapter 13 Trustee
Marc McBeath, Bar# 13328600
Staff Attorney